UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BYRON DEMETRIUS FRANKLIN,<br><br>    Defendant/Judgment Debtor,<br><br>    v.<br><br>ATLAS FIELD SERVICES,<br><br>    Garnishee. | Case No. MC19-0145RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Byron Demetrius Franklin, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Atlas Field Services. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on October 30, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 31st day of October, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge